IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONUMENT REALTY LLC, et al., )
)
      Plaintiffs, )
)
v. )
) Civil Action No. _____
WASHINGTON METROPOLITAN )
AREA TRANSIT AUTHORITY, )
)
      Defendant. )
)

## LCvR 7.1 CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, counsel for Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC hereby certifies to the best of their knowledge and belief that there are no publicly traded parents, subsidiaries, or affiliates of Monument Realty LLC or MR Ballpark 7 LLC.

Dated: October 10, 2007

Respectfully submitted,

NIXON PEABODY, LLP

*Louis Dolan* (signature)

Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 9th Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

10746793.1