UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Monument Realty LLC** | ) |
| | ) |
| and | ) |
| | ) |
| **MR Ballpark 7 LLC** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:07-CV-01821- |
| | ) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY** | ) ) |
| | ) |
| Defendant. | ) |
| | ) |

**ENTRY OF APPEARANCE**

Please enter the appearance of Donald A. Laffert (Bar No.: 429575) as the attorney for defendant Washington Metropolitan Area Transit Authority.

RESPECTFULLY SUBMITTED,
Carol B. O'Keeffe #445277*
General Counsel

/s/
Donald A. Laffert #42957530876
Associate General Counsel

\* **Not admitted to the Bar of this Court.**