CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MONUMENT REALTY LLC., et al.         )
                                      )
                                      )
                                      )
              Plaintiff                )
                                      )
                                      )
        v.                             )    Civil Case Number 07-1821 (EGS)
                                      )
WMATA                                  )
                                      )    Category    D
                                      )
                                      )
              Defendant                )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on October 10, 2007 from Judge Paul L. Friedman to Judge Emmet G. Sullivan by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee


cc:   Judge Friedman & Courtroom Deputy
      Judge Sulllivan & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk