IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, *et al.*, <br><br> *Plaintiff* <br><br> v. <br><br> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY <br><br> *Defendant* | Civil Action No. 1:07-CV-01821 (EGS) |

**LINE ENTERING APPEARANCE OF LEAD COUNSEL FOR
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

THE CLERK WILL PLEASE enter the appearance of Harvey A. Levin and Thompson Coburn, LLP, 1909 K Street, N.W., Suite 600, Washington, DC 20006 as lead counsel for Defendant Washington Metropolitan Area Transit Authority ("WMATA").  Donald A. Laffert, Associate General Counsel of WMATA, shall remain as co-counsel for WMATA.

Respectfully submitted,

  /s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
THOMPSON COBURN LLP
1909 K Street, N.W. Ste. 600
Washington, D.C.  20006-1167
T: (202) 585-6942 (direct)
F: (202) 508-6969 (direct)
email:hlevin@thompsoncoburn.com

  /s/ Donald A. Laffert
Associate General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, DC 20001
T: (202) 962-1499
F: (202) 962-2550
Email:dlaffert@wmata.com

Counsel for Defendant Washington Metropolitan Area Transit Authority

4602358

- 2 -

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of October, 2007, a true and correct copy of the foregoing Line was served by ECF and by first class mail, postage prepaid on:

> Louis E. Dolan, Jr., Esquire
> Vernon W. Johnson, III, Esquire
> NIXON PEABODY, LLP
> 401 Ninth Street, N.W.
> Washington, D.C.  20001

    /s/ Harvey A. Levin