IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MONUMENT REALTY LLC, et al., )
                              )
        Plaintiffs,           )
                              )
    v.                        )
                              )   Civil Action No. 1:07-cv-01821 (EGS)
                              )   Judge Emmet G. Sullivan
WASHINGTON METROPOLITAN       )
AREA TRANSIT AUTHORITY,       )
                              )
        Defendant.            )
                              )

### CONSENT MOTION TO MODIFY SCHEDULE

Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC (collectively, "Monument"), and Defendant Washington Metropolitan Area Transit Authority ("WMATA"), pursuant to LCvR 6 and 7, hereby respectfully ask the Court to modify the schedule set forth in the Minute Order dated October 17, 2007. For support therefor, the parties state that they have discussed and are working on resolving several discovery issues, that more time is required in order to do that, and that WMATA has agreed not to proceed to closing on the planned sale of the Property to allow additional time for discovery, briefing, argument, and resolution of the issues before the Court on Plaintiffs' motion for preliminary injunction and Defendant's motion to dismiss.

WMATA respectfully submits that it requires additional time to search for, locate, and produce email and other electronic information, and desires to work with Plaintiffs to attempt to agree upon a limited search and, where necessary, restoration and production of information. WMATA is working on the production and has engaged an outside contractor to undertake the email retrieval process. The parties are currently under a deadline to complete the limited discovery that the Court has permitted by October 31, 2007. The parties believe and are asking

10776276.1

the Court to enlarge that period through November 28, 2007 and to otherwise modify the schedule as shown below.

The modified schedule proposed by the parties is as follows:

| Event | Current Schedule | Schedule as Modified |
|---|---|---|
| Close of Limited Discovery | October 31, 2007 | November 28, 2007 |
| Plaintiffs to file Opposition to Defendant's Motion to Dismiss | October 24, 2007 | October 26, 2007 |
| Defendant to file Reply to Plaintiffs' Opposition to Motion to Dismiss | November 5, 2007 | November 7, 2007 |
| Plaintiffs to File Motion for Preliminary Injunction | November 2, 2007 12:00 noon | December 3, 2007 12:00 noon |
| Defendant to File Response to Motion for Preliminary Injunction | November 9, 2007 12:00 noon | December 10, 2007 12:00 noon |
| Plaintiffs to File Reply to Opposition to Motion for Preliminary Injunction | November 13, 2007 12:00 noon | December 14, 2007 12:00 noon |
| Motions and Preliminary Injunction Hearing | November 19, 2007 10:00 a.m. | December 17, 2007 10:00 a.m. |
| Status Hearing | November 7, 2007 11:30 a.m. | November 12, 2007 10:00 a.m. |

Of course, these modified dates would be subject to Court approval. The parties are available, in person or by telephone, to discuss these or other modified dates with the Court.

Using the additional time, WMATA has agreed to commit the resources necessary to do arrange for an email restoration and search for the five persons it believes were most intimately involved in the matter, Gary Malasky, Art Lawson, John Thomas, Mark Meister and Anabela

2

Talaia, and to produce their responsive emails. In the meanwhile, WMATA will begin producing document files starting on October 29, 2007. WMATA has also agreed to use its best efforts to obtain and produce the emails of WMATA Board Members Moneme, Barry and Graham.

WMATA will also discuss with Plaintiffs the possibility of narrowing the keywords to be used in the search for emails. Monument and WMATA believe that their counsel will be able to reach agreement on these matters without the intervention of the Court, and will advise the Court promptly if it appears that they will not be able to do so. Both parties have also agreed to produce information on a "rolling" basis without waiting until the discovery deadline.

In addition, to permit the schedule to be modified while protecting the parties' rights, WMATA has agreed not to proceed to closing with The John Akridge Company until the earlier of December 31, 2007 or such date as the Court were to deny Plaintiffs' motion for preliminary injunction or to grant in its entirety Defendant's motion to dismiss. In agreeing not to proceed to closing, WMATA will not modify any of the other deadlines associated with the contemplated transaction, including the 45-day Due Diligence Period (which is ongoing, and will remain the same) and the time period for paying the required Security Deposit (which will remain the same).

Finally, as part of modifying the schedule, the parties have discussed the possibility of consolidating the hearing on Plaintiffs' motion for preliminary injunction with the determination on the merits of Plaintiffs' claims for equitable relief (specific performance, imposition of constructive trust, permanent injunction, and declaratory judgment) under Fed. R. Civ. P. 65(a)(2). The parties are discussing that issue and have not yet reached agreement, and will advise the Court promptly as to their positions.

The parties respectfully submit that the requisite good cause exists under Fed. R. Civ. P. 6 to support this modification, and the parties appreciate the Court's consideration of this request. Again, if the Court desires further input from counsel, either in person or by telephone, counsel are available.

Date: October 24, 2007

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| NIXON PEABODY LLP | THOMPSON COBURN LLP |
| */s/ Vernon W. Johnson, III* | */s/ Harvey A. Levin* |
| Louis E. Dolan, Jr. (#442881)<br>Vernon W. Johnson, III (#423756)<br>401 Ninth Street, N.W.<br>Washington, D.C. 20001<br>202.585.8000<br>202.585.8080 (fax)<br>ldolan@nixonpeabody.com<br>vjohnson@nixonpeabody.com | Harvey A. Levin (#203869)<br>Suite 600<br>1909 K Street, N.W.<br>Washington, D.C. 20006-1167<br>202.585.6942<br>202.508-1013 (fax)<br>hlevin@thompsoncoburn.com |
| Counsel for Plaintiffs | Counsel for Defendant |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2007, a true and correct copy of the foregoing Consent Motion to Modify Schedule, Memorandum of Points and Authorities, and Proposed Form of Order was served by ECF upon:

>Harvey A. Levin, Esquire
>Thompson Coburn LLP
>1909 K Street, Suite 600
>Washington, D.C. 20006-1167
>
>Counsel for Defendant

/s/ *Vernon W. Johnson, III*
_____
Vernon W. Johnson, III

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-cv-01821 (EGS)<br>Judge Emmet G. Sullivan |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO MODIFY SCHEDULE

In making this motion, Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC and Defendant Washington Metropolitan Area Transit Authority respectfully rely upon LCvR 6 and 7, as well as good cause shown as set forth in the motion.

Date: October 24, 2007

Respectfully submitted,

NIXON PEABODY LLP

*/s/ Vernon W. Johnson, III*

Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 Ninth Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

Counsel for Plaintiffs

Respectfully submitted,

THOMPSON COBURN LLP

*/s/ Harvey A. Levin*

Harvey A. Levin (#203869)
Suite 600
1909 K Street, N.W.
Washington, D.C. 20006-1167
202.585.6942
202.508-1013 (fax)
hlevin@thompsoncoburn.com

Counsel for Defendant

10776276.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:07-cv-01821 (EGS) <br> Judge Emmet G. Sullivan |

### ORDER GRANTING CONSENT MOTION TO MODIFY SCHEDULE

Upon consideration of the Consent Motion to Modify Schedule, the memorandum of points and authorities in support of the motion, and the entire record herein, and this Court having considered the argument of counsel thereon, it is, this ___ day of _____, 2007, hereby

ORDERED, that the motion be, and it hereby is, granted; and it is further

ORDERED, that the schedule set forth in the Minute Order dated October 17, 2007 be, and it hereby is, modified as set forth herein; and it is further

ORDERED, that the modified schedule is as follows:

| Event | Current Schedule | Schedule as Modified |
|---|---|---|
| Close of Limited Discovery | October 31, 2007 | November 28, 2007 |
| Plaintiffs to file Opposition to Defendant's Motion to Dismiss | October 24, 2007 | October 26, 2007 |
| Defendant to file Reply to Plaintiffs' Opposition to Motion to Dismiss | November 5, 2007 | November 7, 2007 |

10776276.1

| | | |
|---|---|---|
| Plaintiffs to File Motion for Preliminary Injunction | November 2, 2007 12:00 noon | December 3, 2007 12:00 noon |
| Defendant to File Response to Motion for Preliminary Injunction | November 9, 2007 12:00 noon | December 10, 2007 12:00 noon |
| Plaintiffs to File Reply to Opposition to Motion for Preliminary Injunction | November 13, 2007 12:00 noon | December 14, 2007 12:00 noon |
| Motions and Preliminary Injunction Hearing | November 19, 2007 10:00 a.m. | December 17, 2007 10:00 a.m. |
| Status Hearing | November 7, 2007 11:30 a.m. | November 19, 2007 10:00 a.m. |

                                                Emmet G. Sullivan
                                           United States District Judge

COPIES TO:

Louis E. Dolan, Jr.
Vernon W. Johnson, III
Nixon Peabody LLP
401 9th Street, N.W.
Washington, D.C. 20001

Harvey A. Levin
Thompson Coburn LLP
1909 K Street, Suite 600
Washington, D.C. 20006-1167

2