UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MONUMENT REALTY LLC, et al.,   )
                               )
           Plaintiffs,         )
                               )  Civil Action No. 07-1821 (EGS)
      v.                       )
                               )
WASHINGTON METRO AREA TRANSIT  )
AUTHORITY,                     )
                               )
           Defendant.          )
_____)
```

### ORDER

In light of plaintiffs' Motion to Compel Compliance with Subpoena Duces Tecum Issued to Nonparty Office of Deputy Mayor for Planning and Economic Development ("Office")(Docket No. 16), it is hereby

**ORDERED** that the Office shall file its response to plaintiffs' motion via the Court's electronic case filing system by no later than **4:00 PM on Friday, November 9, 2007,** and it is

**FURTHER ORDERED** that plaintiffs shall file their reply by no later than **12:00 PM on Monday, November 12, 2007.**

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          November 8, 2007**


This order was electronically transmitted to all counsel of record and a copy was sent via facsimile to:

Thomas J. Foltz, Esquire
Office of the Attorney General

```
District of Columbia
One Judiciary Square
441 4th Street, N.W., Ste 1060N
Washington, D.C. 20001
Fax: (202) 727-0431
```