U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Monument Realty, LLC, et al.

vs.

WMATA

No.

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Complaint, Motion for Temporary Restraining Order, Motion for Preliminary Injunction, Motion for Expedited Discovery and Corporate Disclosure Statement in the above entitled case, hereby depose and say:

That my date of birth is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009-5526 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:01 am on October 10, 2007, I served WMATA at 600 Fifth Street, NW, Washington, DC 20001 by serving Susan M. Serrian, Executive Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     45
HEIGHT-  5'6"
HAIR-    BROWN
WEIGHT-  130
RACE-    WHITE
```

I do solemnly declare and affirm under the penalty of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

DANIEL F. PORTNOY
Our File#- 195605

SUBSCRIBED and SWORN to before me this 11th day of October, 2007.

Angela H. Closon
Notary Public

My commission expires: 03-31-09