IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MONUMENT REALTY, LLC, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 1:07-CV-1821 (EGS) |
| | : | Judge Emmett G. Sullivan |
| | : | |
| WASHINGTON METROPOLITAN | : | |
| AREA TRANSIT AUTHORITY, | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

REPORT OF DISTRICT OF COLUMBIA ON RESPONSE TO MONUMENT REALTY'S SUBPPOENA DUCES TECUM ON THE OFFICE OF THE DEPUTY MAYOR FOR ECONOMIC DEVELOPMENT

The District of Columbia ("the District"), by and through the undersigned counsel, responds to the Court's order entered today requiring a status report from the District of Columbia on the response to the subpoena issued by Monument Realty. To date the District has:

(1)   released nearly 800 additional pages of material with very little privileged material withheld from ODMPED employee Judi Greenberg dealing with transactions that are the subject of the subpoena;

(2)   printed pages 1223 to 3426 of what appear at first glance to be non-privileged material dated as late as December 20, 2006, pertaining to the WMATA –Washington Navy Yard from a CD-ROM. Review and production of non-privileged documents likely will take one to two days;

(3)   received an additional large document box of materials from the ODMPED including two binders labeled Ball Park District Development Strategy and Ball Park District RFEI. Review and production of non-privileged documents likely will take one to two days;

(4)     reached agreement with counsel for Monument Realty on November 13, 2007, as to the initial scope of e-mail boxes to be searched and search terms to be used;

(5)     prepared, after the consultation with Monument, the search memo for the Office of the Chief Technology Officer ("OCTO"). After informing the District that certain of the mailboxes no longer exist or (in the case of certain WMATA employees) were inaccessible, OCTO then initiated the search on the 13th with a scheduled completion date of November 15, 2007. Once the search is complete, the District will review the results of the search and then will print, Bates stamp, and review for privilege all responsive documents. Until the District learns the results of the search on November 15th, it cannot say with certainty the amount of time that these tasks will require

(6)     located at least seven boxes of potentially relevant additional materials from the former Anacostia Waterfront Corporation. Those boxes have been substantially culled and reduced to one to two boxes. Completion of the review of these documents, and production of responsive non-privileged documents, will likely require an additional one to two days. A quick initial review reveals that this set of documents contains non-privileged public solicitations, confidential bid proposals, and certain privileged documents incident to other litigation involving Ball park condemnation proceedings.

(7)     is consulting with former AWC personnel to ensure that it has located all potential repositories of information, electronic and otherwise.

DATED: November 14, 2007        Respectfully submitted,

                                    LINDA SINGER
                                    Attorney General for the District of Columbia

                                    GEORGE C. VALENTINE

Deputy Attorney General, Civil Litigation Division


      */s/ Kimberly M. Johnson*
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1


      */s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov



CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on November 14, 2007.

      _____*/s/ Thomas J. Foltz*_____
      Thomas J. Foltz, Esq.

Monument DC Status Report on Compliance with SDT Final  E sign111407