**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **MONUMENT REALTY LLC, et al.** | : | |
|  | : | |
| **Plaintiffs,** | : | |
|  | : | |
| **v.** | : | **Case No. 07-1821 (EGS)** |
|  | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY** | : | |
|  | : | |
| **Defendant.** | : | |
|  | : | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of _____Bruce P. Heppen_____ as counsel in this
                                                (Attorney's Name)

case for:  __Washington Metropolitan Area Transit Authority_____
                        (Name of party or parties)

Respectfully submitted,

__11/15/07_____                    __/s/_____
Date                                                    Signature

                                                        Bruce P. Heppen
__#252171_____                       Associate General Counsel
Bar Identification                               600 Fifth Street, NW
                                                        Washington, D.C. 20001
                                                        (202) 962-2569