# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY, LLC, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.            : | Civil Action No. 1:07-CV-1821 (EGS) |
| : | Judge Emmett G. Sullivan |
| : | |
| WASHINGTON METROPOLITAN : | |
| AREA TRANSIT AUTHORITY, : | |
| : | |
| Defendant : | |
| _____: | |

### CORRECTION TO REPORT OF DISTRICT OF COLUMBIA ON RESPONSE TO MONUMENT REALTY'S SUBPPOENA DUCES TECUM ON THE OFFICE OF THE DEPUTY MAYOR FOR ECONOMIC DEVELOPMENT

The District of Columbia ("the District"), by and through the undersigned counsel, hereby corrects its previously filed status report by noting that the electronic e-mail search will be completed by Friday, November 16, 2007, rather than November 15, 2007, as stated in its previously submitted report. The error was based upon a miscommunication between undersigned counsel and counsel for the Office of the Chief Technology Officer ("OCTO"). Upon learning of the miscommunication, undersigned counsel informed Monument's counsel of the correction in the date and prepared the instant correction.

DATED: November 15, 2007        Respectfully submitted,

                                              LINDA SINGER
                                              Attorney General for the District of Columbia

                                              GEORGE C. VALENTINE
                                              Deputy Attorney General, Civil Litigation Division

                */s/Kimberly M. Johnson*
                KIMBERLY M. JOHNSON   D.C. Bar No. 435163
                Chief, General Litigation Section 1


                */s/ Thomas J. Foltz*
                THOMAS J. FOLTZ
                Assistant Attorney General
                D.C. Bar No. 462858
                441 Fourth Street, N.W.
                Washington, D.C. 20001
                (202)  724-6652
                (202) 727-0431 (fax)
                E mail: Thomas.foltz@dc.gov


## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system.  This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on November 15, 2007.



                _____*/s/ Thomas J. Foltz*_____
                Thomas J. Foltz, Esq.


Monument DC Status Report Correction Final E Sign 111507