IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:07-cv-01821 (EGS) <br> Judge Emmet G. Sullivan |

**PLAINTIFFS' RESPONSE TO DISTRICT OF COLUMBIA'S
STATUS REPORT REGARDING SUBPOENA DUCES TECUM**

Plaintiffs and the District of Columbia continue to work to resolve issues surrounding the timely production of documents by the District responsive to Plaintiffs' subpoena duces tecum. It continues to appear, however, that certain issues will need to be resolved by the Court.

First, the District, which received the Subpoena by hand delivery on October 17 and was required to assert any objections by October 22, now advises that it wishes to review responsive documents for "deliberative process privilege" and other, unidentified, privileges and to potentially withhold documents based on those privileges. The District has never asserted an objection to the Subpoena and specifically did not assert this "deliberative process privilege" as a basis for withholding any information. The District's current position, if permitted by the Court, would potentially delay or prevent the production of a substantial number of documents (both hard copy and electronic) in time for a meaningful review by Plaintiffs in this phase of the case. Since the District has waived the right to assert these objections, the Court should order that responsive documents be produced forthwith to Plaintiffs and that no documents may be

10806518.1

withheld based on "deliberative process privilege" or other privilege. Notably, the District does not provide even an estimate of the amount of time such a review would take with respect to its electronic production. Absent a Court Order, there are no assurances that the District will comply within any specific timeframe.

Second, with respect to the production of electronically stored information and documents, the District fails to provide a timetable within which that any review for privileged information, if permitted by the Court, would be complete or when documents would be produced. In the absence of such information, Plaintiffs respectfully submit that this Court should set a deadline of November 19, 2007 for production of all documents retrieved from the electronic search now agreed upon.

Third, although there appears to have been significant progress made by the District with respect to at least locating responsive hard copy documents and information, the District provides no precise timetable on which those materials will be produced. Plaintiffs therefore request that this Court order that all responsive hard copy materials be produced to them by 5:00 p.m. on Monday, November 19. This deadline appears to be within the timeframe contemplated by the District and Plaintiffs request the certainty of production by this time.

Finally, it is undisputed that the Plaintiffs are still not in possession of a significant volume of the responsive information already located and expected to be located by the District. Therefore, Plaintiffs request that, in addition to the Court's ruling with respect to the foregoing issues, the Court continue to hold Plaintiffs' Motion to Compel under advisement and require the District to provide another status report by 5:00 p.m. Monday, November 19, 2007 and that Plaintiffs be permitted an opportunity to respond by 12:00 on Tuesday, November 20, 2007.

10806518.1

| | |
|---|---|
| Dated: November 15, 2007 | Respectfully submitted, |
| | NIXON PEABODY, LLP |
| | */s/ Vernon W. Johnson, III* |
| | Louis E. Dolan, Jr. (#442881)<br>Vernon W. Johnson, III (#423756)<br>401 9th Street, N.W.<br>Washington, D.C. 20001<br>202.585.8000<br>202.585.8080 (fax) |
| | ldolan@nixonpeabody.com<br>vjohnson@nixonpeabody.com |
| | Counsel for Plaintiffs |

10806518.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2007, a true and correct copy of the foregoing Plaintiffs' Reply to District of Columbia's Opposition to Motion to Compel was served by ECF upon:

>Harvey A. Levin, Esquire
>Thompson Coburn LLP
>1909 K Street, Suite 600
>Washington, D.C. 20006-1167
>
>Counsel for Defendant

I further certify that a true and correct copy of the foregoing pleadings and papers were served via hand delivery and via email upon:

>Thomas J. Foltz, Esquire
>Office of the Attorney General
>District of Columbia
>One Judiciary Square
>441 4th Street, N.W., Suite 1060N
>Washington, D.C. 20001
>
>Counsel for Office of Deputy Mayor
>for Planning and Economic Development

*/s/ Vernon W. Johnson, III*
_____
Vernon W. Johnson, III

10806518.1