IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, *et al.*,<br><br>    *Plaintiffs*<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA<br>TRANSIT AUTHORITY,<br><br>    *Defendant* | Civil Action No. 1:07-CV-01821 (EGS) |

**CONSENT MOTION AND ORDER**
**EXTENDING WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S**
**TIME TO FILE REPLY TO OPPOSITION TO MOTION TO DISMISS**

Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC and Defendant Washington Metropolitan Area Transit Authority ("WMATA"), by undersigned counsel, respectfully move for an extension of three days, from November 26, 2007 to November 29, 2007, as the date for filing and service of WMATA's Reply to the expected Opposition of Defendants to WMATA's Motion to Dismiss Plaintiffs' First Amended Complaint.  WMATA requested this extension, and Plaintiffs agreed, to accommodate plans for the Thanksgiving holiday.

Dated this 16th day of November 2007.

Respectfully submitted,

    /s/ Louis E. Dolan                             /s/ Harvey A. Levin
Louis E. Dolan, Jr. (#442881)         Harvey A. Levin (D.C. Bar No. 203869)
Vernon W. Johnson, III (#423756)      THOMPSON COBURN LLP
NIXON PEABODY, LLP                    1909 K Street, N.W. Ste. 600
401 9th Street, N.W.                  Washington, D.C.  20006-1167
Washington, D.C.  20001

T: (202) 585-8000                     T: (202) 585-6942 (direct)
F: (202) 585-8080                     F: (202) 508-6969 (direct)
email: ldolan@nixonpeabody.com        email: hlevin@thompsoncoburn.com

4626051

| | |
|---|---|
| Counsel for Plaintiffs |    /s/ Donald A. Laffert          |

Carol B. O'Keeffe
General Counsel
Donald A. Laffert
Bruce P. Heppen
Associate General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, DC 20001
T: (202) 962-1499
F: (202) 962-2550
email: dlaffert@wmata.com
email: bheppen@wmata.com

Counsel for Defendant Washington Metropolitan Area Transit Authority

SO ORDERED this \_\_\_\_\_ day of November 2007.

_____
Emmet G. Sullivan
United Sates District Judge

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2007, true and correct copies of the foregoing Motion and accompanying Memorandum of Points and Authorities and Order were served by ECF and by electronic mail on:

>Louis E. Dolan, Jr., Esquire
>Vernon W. Johnson, III, Esquire
>NIXON PEABODY, LLP
>401 Ninth Street, N.W.
>Washington, D.C.  20001

      /s/ Harvey A. Levin