IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY, LLC, et al., : <br> : <br>     Plaintiffs, : <br> : <br> v. : <br> : <br> : <br> WASHINGTON METROPOLITAN : <br> AREA TRANSIT AUTHORITY, : <br> : <br>     Defendant : <br> _____: | Civil Action No. 1:07-CV-1821 (EGS) <br> Judge Emmett G. Sullivan |

REPORT OF DISTRICT OF COLUMBIA ON RESPONSE TO MONUMENT REALTY'S
SUBPPOENA DUCES TECUM ON THE OFFICE OF THE DEPUTY MAYOR FOR
ECONOMIC DEVELOPMENT

The District of Columbia ("the District"), by and through the undersigned counsel, responds to the Court's order entered Friday, November 16, 2007, requiring a status report by Monday, November 19, 2007 from the District of Columbia on the response to the subpoena issued by Monument Realty on the Office of the Deputy Mayor for Planning and Economic Development. In addition to the activities previously listed in the report of November 19, 2007, the District has additionally:

    (1)    made available approximately on November 19, 2007, 1500 to 2000 pages ( a box and half) of non-privileged materials for inspection and copying by plaintiff released from the Office of Deputy Mayor for Economic Development;

    (2)    revised its release date on e-mails being searched by Office of the Chief Technology Officer from Friday, November 16th to Monday, November 19th or Tuesday, November 20th due to size of the mailboxes that are to be searched, some of which had to be divided in half resulting in running almost fifty search terms across 12 effective mail boxes;

1

additional copying, Bates indexing and a review for privilege given the likely large number of e-mails that may be produced may take an indeterminate amount of time.

(3) released printed pages 1223 to 3426 of what appear at first glance to be non-privileged material dated as late as December 20, 2006, pertaining to the WMATA –Washington Navy Yard from a CD-ROM on or about November 15, 2007.

(4) been informed that an additional 44 boxes of materials initially belonging to the Anacostia Waterfront Corporation were searched at the ODMPED offices located at 2025 M Street, N.W., on Friday, November 16th and Monday November 19th ; with all boxes reviewed, a total of two boxes of materials selected from the other boxes have been located that are responsive to the subpoena;  two large  boxes have been delivered  this afternoon to the  Offices of the Attorney General at 441-4th Street, N.W; they have yet to be reviewed for privilege and the privilege review may take an additional one to two days.

(5) in cooperation with WMATA been reviewing certain e-mails, (Bates Range 3427 to 4064.)  produced to WMATA from the District of Columbia Department of Transportation due to the fact a DDOT official was on the WMATA Board; said e-mails are being reviewed by the District of Columbia for privileged communications within the District of Columbia .Such e-mails will be released to WMATA for WMATA's own privilege review as soon as possible.

(6) consulted with former AWC personnel to ensure that it has located all potential repositories of information, electronic and otherwise.

(7) determined in light of the foregoing that it cannot produce all the materials that may be responsive by November 21, 2007.

 DATED: November 19, 2007          Respectfully submitted,

                                   LINDA SINGER
                                   Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


    */s/ Kimberly M. Johnson*
KIMBERLY M. JOHNSON   D.C. Bar No. 435163
Chief, General Litigation Section 1


    */s/ Thomas J. Foltz*
THOMAS J. FOLTZ
Assistant Attorney General
D.C. Bar No. 462858
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6652
(202) 727-0431 (fax)
E mail: Thomas.foltz@dc.gov


## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on November 19, 2007.

    */s/ Thomas J. Foltz*
Thomas J. Foltz, Esq.

Monument DC Status Report on Compliance with SDT E Sign Final 111907