IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-cv-01821 (EGS)<br>Judge Emmet G. Sullivan |

### PLAINTIFFS' RESPONSE TO THE DISTRICT OF COLUMBIA'S NOVEMBER 19, 2007 STATUS REPORT REGARDING SUBPOENA DUCES TECUM

The District of Columbia's status report of November 19 states that there are three categories of documents responsive to Plaintiffs' subpoena duces tecum that have not yet been produced. These categories are:

1. Electronic documents: The District states that it is continuing to search for and review responsive electronic documents and that "given the likely large number of e-mails that may be produced" this search and production may take an "indeterminate amount of time." Status Report at p. 2. The District cannot provide any estimate of when this process might be completed or when the production will commence, other than to state that it will not be complete prior to the close of discovery in this phase of this case, currently set for November 21, 2007. *Id.*

2. Two large boxes of materials currently in the possession of the Attorney General's office, but which have not yet been reviewed or produced to Plaintiffs. *Id.* The District believes these may be produced in the next "one to two" days. *Id.*

10811290.1

Case 1:07-cv-01821-EGS    Document 30    Filed 11/20/2007    Page 2 of 4
- 2 -

3.   E-mails bates labeled 3427 through 4064 that have been produced by the District of Columbia Department of Transportation to WMATA and are being reviewed by the District for "privileged communications within the District of Columbia." *Id.* These e-mails apparently are then to be "released to WMATA for WMATA's own privilege review as soon as possible." *Id.* No estimate is provided as to when Plaintiffs might receive these documents, if at all.

As stated previously, no objection was or ever has been lodged, by anyone, to the subpoena duces tecum. Thus, any objection on privilege grounds or otherwise has been waived. Now, however, not only is the District apparently engaged in a "privilege review", but the District has unilaterally elected to allow WMATA to also engage in a privilege review of the same documents, adding another layer in the complexity of this production. Plaintiffs contend that such rights have been waived.

In addition, the District is unable to provide any certainty as to when all responsive documents will be produced except that there is certainty that they will not be produced within the existing discovery period, which expires tomorrow.

Therefore, in light of the foregoing, Plaintiffs believe that they will have no alternative but to move for an enlargement of the discovery period in this phase of the case as well as for a modification to the existing briefing schedule. However, establishing a new schedule will be meaningless in the absence of any assurances from the District or an order of this Court as to a date on which the District will have fully complied with Plaintiffs' outstanding subpoena and actual compliance by the District with such a date.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order requiring the District to produce all responsive documents, including any documents withheld on the basis of privilege, by November 30, 2007 or such other date as this Court finds reasonable and just under

10811290.1

the circumstances; and that the Court order such other and further relief as may be warranted under the circumstances.

| | |
|---|---|
| Dated:  November 20, 2007 | Respectfully submitted, |
| | NIXON PEABODY, LLP |
| | */s/ Vernon W. Johnson, III* |
| | Louis E. Dolan, Jr. (#442881)<br>Vernon W. Johnson, III (#423756)<br>401 9th Street, N.W.<br>Washington, D.C. 20001<br>202.585.8000<br>202.585.8080 (fax) |
| | ldolan@nixonpeabody.com<br>vjohnson@nixonpeabody.com |
| | Counsel for Plaintiffs |

10811290.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2007, a true and correct copy of the foregoing Plaintiffs' Response to the District of Columbia's November 19, 2007 Status Report Regarding Subpoena Duces Tecum was served by ECF upon:

>Harvey A. Levin, Esquire
>Thompson Coburn LLP
>1909 K Street, Suite 600
>Washington, D.C. 20006-1167
>
>Counsel for Defendant
>
>Thomas J. Foltz, Esquire
>Office of the Attorney General
>District of Columbia
>One Judiciary Square
>441 4th Street, N.W., Suite 1060N
>Washington, D.C. 20001
>
>Counsel for Office of Deputy Mayor
>for Planning and Economic Development

*/s/ Vernon W. Johnson, III*
_____
Vernon W. Johnson, III

10811290.1