UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
MONUMENT REALTY LLC, *et al.*,     )
                                   )
            Plaintiffs,            )
                                   )  Civil Action No. 07-1821 (EGS)
      v.                           )
                                   )
WASHINGTON METRO AREA TRANSIT      )
AUTHORITY,                         )
                                   )
            Defendant.             )
_____)

### ORDER

In light of plaintiffs' Motion to Compel Compliance with Subpoena Duces Tecum Issued to Nonparty The John Akridge Company (Docket No. 31), it is hereby

**ORDERED** that the Office shall file its response to plaintiffs' motion via the Court's electronic case filing system by no later than **12:00 PM on Wednesday, November 28, 2007,** and it is

**FURTHER ORDERED** that plaintiffs shall file their reply by no later than **12:00 PM on Thursday, November 29, 2007.**

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            November 26, 2007**


This order was electronically transmitted to all counsel of record and a copy was sent via facsimile to:

Barbara S. Wahl, Esquire
Joshua Fowkes, Esquire

```
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, D.C. 200361
Fax: (202) 857-6395
```