IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-cv-01821 (EGS)<br>Judge Emmet G. Sullivan |

## MOTION TO FURTHER MODIFY SCHEDULE
**(Includes Request for Expedited Filing of any Opposition)**

Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC (collectively, "Monument"), pursuant to LCvR 6 and 7, hereby respectfully ask the Court to modify the schedule set forth in the Minute Orders dated October 24, 2007 and November 20, 2007.[1]

In support hereof, Monument states that there are several ongoing discovery issues, including two involving the subpoenas duces tecum issued to nonparties to this dispute, the District of Columbia (which has been handling the response for the Office of Deputy Mayor for Planning and Economic Development of the District of Columbia) and The John Akridge Company ("Akridge"), and a substantial volume of additional production materials made available to plaintiffs by WMATA on November 28 and 29 in excess of 75,000 pages that make the current discovery cutoff and preliminary injunction schedule unworkable. In addition, it is apparent based on public information disclosed by WMATA that it has no intention of closing on

---

[1]   Plaintiffs' counsel requested that counsel for WMATA consent to the relief requested herein; counsel for WMATA declined.

the sale of the WMATA bus maintenance facility to Akridge in December and likely not until, at the earliest, the end of January, 2008.

Although this Court directed the District to produce responsive documents by 6:00 p.m. on November 30, 2007, counsel for the District has informed Monument that the production will not be completed by that time. In fact, the District has filed a motion asking the Court for significant additional time to complete the production. Monument and Akridge have briefed their dispute over certain information withheld from Akridge's production, and for which Monument has asked the Court to compel production.

Both WMATA and Monument have produced voluminous documents to each other, consisting of literally tens of thousands of pages of information and that process is ongoing. Indeed, WMATA has just produced over 75,000 pages of additional material for Monument's review today and yesterday. Plaintiffs and Defendant are engaged in a review of this information, and although several issues and questions have arisen, they have thus far been able to work through these matters without seeking the Court's intervention. However, it appears that Monument will be required to seek to compel production of at least the electronic database of WMATA's contracting officer, Nat Bottigheimer, who plainly has highly relevant information pertaining to the bid process being challenged by Monument, but which WMATA refuses to produce after discussions with counsel.

At present, the Scheduling Order requires that: (1) the parties and nonparties complete the expedited discovery phase of this case by November 30, 2007; (2) Monument file its motion for preliminary injunction by noon on Monday, December 3, 2007; (3) WMATA file its opposition to the motion for preliminary injunction by noon on Monday, December 10, 2007; (4) Monument file its reply by noon on Wednesday, December 12, 2007. A status conference is set for 9:00

a.m. on Tuesday, December 4, 2007, and a motions hearing is set for 10:00 a.m. on Wednesday, December 19, 2007.

The discovery issues that are being addressed, including the review of the voluminous documents exchanged between the parties (and anticipating a review of voluminous data that the District is expected to produce), pose great challenges for the parties to meet the existing schedule. Added to that, WMATA's November 2007 Board of Directors meeting was canceled and it no longer plans to address the issues involving the contested Southeast Bus Garage Property at its December 2007 Board of Directors meeting. In all likelihood, this means that no closing on WMATA's planned transaction with Akridge would or could take place until at least the end of January 2008 since Board of Directors meetings are held on the fourth Thursday of each month. Although the District has asked for up to an additional 75 days to produce documents, plaintiffs are proposing a schedule that would require that production be completed by mid-December (giving the District essentially two more weeks to complete the production). Monument believes that the District's production is extremely important, given the intimate involvement in the underlying events of the District, the former Anacostia Waterfront Corporation, and several District of Columbia Council members who are also members of WMATA's Board.

Under the circumstances, the plaintiffs respectfully submit that the circumstances warrant a further modification of the Scheduling Order. The modified schedule proposed by the plaintiffs is as follows:

3

| Event | Current Schedule | Schedule as Modified |
|---|---|---|
| Close of Limited Discovery | November 30, 2007 | December 14, 2007 |
| Plaintiffs to File Motion for Preliminary Injunction | December 3, 2007 12:00 noon | December 21, 2007 12:00 p.m. |
| Defendant to File Response to Motion for Preliminary Injunction | December 10, 2007 12:00 noon | December 31, 2007 12:00 p.m. |
| Plaintiffs to File Reply to Opposition to Motion for Preliminary Injunction | December 12, 2008 12:00 noon | January 7, 2008 12:00 noon |
| Motions and Preliminary Injunction Hearing | December 19, 2007 10:00 a.m. | January 24, 2008 10:00 a.m. |
| Status Hearing | December 4, 2007 9:00 a.m. | December 19, 2007 10:00 a.m. |

Of course, these modified dates would be subject to Court approval. The plaintiffs are available, in person or by telephone, to discuss these or other modified dates with the Court.

The plaintiffs respectfully submit that the requisite good cause exists under Fed. R. Civ. P. 6 to support this modification, and the plaintiffs appreciate the Court's consideration of this request. Again, if the Court desires further input from counsel, either in person or by telephone, counsel are available.

4

Date:  November 29, 2007

Respectfully submitted,

NIXON PEABODY LLP

*/s/ Vernon W. Johnson, III*

---
Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
901 Ninth Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

Counsel for Plaintiffs

## CERTIFICATION PURSUANT TO LCvR 7(m)

Undersigned counsel for Plaintiffs hereby certifies, pursuant to LCvR 7(m), that a good faith effort was made to discuss the subject of this motion, and the relief requested herein, with counsel for Defendant. Defendant opposes the relief sought on this motion.

Respectfully submitted,

NIXON PEABODY, LLP

*/s/ Vernon W. Johnson, III*
_____
Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 Ninth Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November, 2007, a true and correct copy of the foregoing Motion to Further Modify Schedule, Memorandum of Points and Authorities, and Proposed Form of Order was served by ECF upon:

>Harvey A. Levin, Esquire
>Thompson Coburn LLP
>1909 K Street, Suite 600
>Washington, D.C. 20006-1167
>
>Counsel for Defendant

>*/s/ Louis E. Dolan, Jr.*
>_____
>Louis E. Dolan, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:07-cv-01821 (EGS) <br> Judge Emmet G. Sullivan |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION TO FURTHER MODIFY SCHEDULE**

In making this motion, Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC respectfully rely upon LCvR 6 and 7, as well as good cause shown as set forth in the motion.

Date: November 29, 2007

Respectfully submitted,

NIXON PEABODY LLP

*/s/ Vernon W. Johnson, III*

Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 Ninth Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

Counsel for Plaintiffs

10820138.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MONUMENT REALTY LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>Defendant. | Civil Action No. 1:07-cv-01821 (EGS)<br>Judge Emmet G. Sullivan |

## ORDER GRANTING MOTION TO FURTHER MODIFY SCHEDULE

Upon consideration of the Motion to Further Modify Schedule, the memorandum of points and authorities in support of the motion, and the entire record herein, and this Court having considered the argument of counsel thereon, it is, this ___ day of _____, 2007, hereby

ORDERED, that the motion be, and it hereby is, granted; and it is further

ORDERED, that the schedule set forth in the Minute Orders dated October 24, 2007 and November 20, 2007 be, and it hereby is, modified as set forth herein; and it is further

ORDERED, that the modified schedule is as follows:

| Event | Current Schedule | Schedule as Modified |
|---|---|---|
| Close of Limited Discovery | November 30, 2007 | December 14, 2007 |
| Plaintiffs to File Motion for Preliminary Injunction | December 3, 2007<br>12:00 noon | December 21, 2007<br>5:00 p.m. |
| Defendant to File Response to Motion for Preliminary Injunction | December 10, 2007<br>12:00 noon | December 31, 2007<br>12:00 noon |

10820138.1

| | | |
|---|---|---|
| Plaintiffs to File Reply to Opposition to Motion for Preliminary Injunction | December 12, 2008<br>12:00 noon | January 7, 2008<br>12:00 noon |
| Motions and Preliminary Injunction Hearing | December 19, 2007<br>10:00 a.m. | January 24, 2008<br>10:00 a.m. |
| Status Hearing | December 4, 2007<br>9:00 a.m. | December 19, 2007<br>10:00 a.m. |

_____
Emmet G. Sullivan
United States District Judge

COPIES TO:

Louis E. Dolan, Jr.
Vernon W. Johnson, III
Nixon Peabody LLP
401 9th Street, N.W.
Washington, D.C. 20001

Harvey A. Levin
Thompson Coburn LLP
1909 K Street, Suite 600
Washington, D.C. 20006-1167