IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, <br><br> *Defendant* | Civil Action No. 1:07-CV-01821 (EGS) |

**ORDER GRANTING**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY'S**
**MOTION TO COMPEL REMOVAL OF PLAINTIFFS' DESIGNATION AS**
**"CONFIDENTIAL" FROM PLAINTIFFS' ENTIRE DOCUMENT PRODUCTION**

On motion of Defendant Washington Metropolitan Area Transit Authority ("WMATA"), pursuant to paragraph 4 of the Agreed Protective Order (Dkt. No. 12 and Minute Order dated Oct. 22, 2007), for an order compelling Plaintiffs forthwith to remove the designation of "Confidential" from Plaintiffs' document production, it is this ____ day of _____ 2007 ORDERED that:

1. WMATA's motion be, and hereby is, granted.

2. The designation "Confidential" is hereby deemed removed from Plaintiffs' document production to WMATA.

                                                Emmet G. Sullivan
                                                United States District Judge

Copies to:

Harvey A. Levin
Donald A. Laffert
Louis E. Dolan, Jr.
Vernon W. Johnson, III

4631837