UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
MONUMENT REALTY LLC, et al.,   )
                               )
         Plaintiffs,           )
                               )  Civil Action No. 07-1821 (EGS)
     v.                        )
                               )
WASHINGTON METRO AREA TRANSIT  )
AUTHORITY,                     )
                               )
         Defendant.            )
_____)
```

### ORDER

Upon consideration of plaintiffs' [31] Motion to Compel Compliance with Subpoena Duces Tecum Issued to Nonparty The John Akridge Company, and the non-party District of Columbia's [33] Motion to Enlarge the Time to Produce Subpoenaed Documents, and the respective oppositions and replies thereto, it is hereby

**ORDERED** that counsel for plaintiffs and counsel for the subpoenaed non-parties, the District of Columbia and The John Akridge Company, meet and confer in an effort to agree on a mutually convenient discovery schedule that will not unduly burden anyone's upcoming religious or holiday observations, or otherwise be inappropriate or unfair; and it is

**FURTHER ORDERED** that the parties and non-parties, the District of Columbia and The John Akridge Company, shall file joint or individual proposals with the Court by no later than **December 3, 2007 at 1:00 PM;** and it is

**FURTHER ORDERED** that the District of Columbia and the John Akridge Company shall attend the status hearing scheduled on **December 4, 2007 at 9:00 AM** in Courtroom 24A; and it is

**FURTHER ORDERED** that counsel for the John Akridge Company shall forthwith acquire access to the electronic case filing system in this case, as instructed in the Court's November 26, 2007 Order.  No further orders will be sent via fax to counsel for the John Akridge Company.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **November 30, 2007**

This order was electronically transmitted to all counsel of record and a copy was sent via facsimile to:

Barbara S. Wahl, Esquire
Joshua Fowkes, Esquire

Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, D.C. 200361
Fax: (202) 857-6395