IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY, LLC, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 1:07-CV-1821 (EGS) |
| | : Judge Emmett G. Sullivan |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | : |
| Defendant | : |

DISTRICT OF COLUMBIA'S PRAECIPE REGARDING MEET AND CONFER RE:
DISCOVERY DEADLINES

The District of Columbia ("the District") by and through the undersigned counsel and pursuant to the Court's order of November 30, 2007, submits herewith a Praecipe regarding the discovery deadlines. The District conferred with counsel for plaintiff this morning and indicated that the District would seek the entry of the attached order requesting an additional approximate 75 days from November 30, 2007, through February 15, 2008, to copy, review and privilege the 21,555 e-mails revealed by an initial extensive search using nearly 50 search terms.

In addition, the District notes the following: (1) a sample of 87 e-mails produced 457 pages and was reviewed in 55 minutes using the search term "Akridge"; only seven e-mails with ten pages were relevant and of those four will be withheld and three produced; a great number of non-relevant e-mails regarding Union Station, Tenleytown and Gallery Place were discovered; (2) cost estimates should the District be compelled to retain a search firm would run from $127,500.00 @$85.00 an hour to $262,500.00 @$175.00 an hour; (3) no results are available yet on the number of e-mails produced using an abbreviated search of 22 terms.

DATED: December 3, 2007        Respectfully submitted,

                                        LINDA SINGER
                                        Attorney General for the District of Columbia

                                        GEORGE C. VALENTINE
                                        Deputy Attorney General, Civil Litigation Division


                                        _____*/s/ Kimberly M. Johnson*_____
                                        KIMBERLY M. JOHNSON   D.C. Bar No. 435163
                                        Chief, General Litigation Section 1


                                        _____*/s/ Thomas J. Foltz*_____
                                        THOMAS J. FOLTZ
                                        Assistant Attorney General
                                        D.C. Bar No. 462858
                                        441 Fourth Street, N.W.
                                        Washington, D.C. 20001
                                        (202) 724-6652
                                        (202) 727-0431 (fax)
                                        E mail: Thomas.foltz@dc.gov


## CERTIFICATE OF SERVICE

This case has been designated as part of the U.S. District Court for the District of Columbia's electronic ECF file and serve system. This filing has been filed with such Court and served on all parties herein electronically through such ECF electronic file and serve system on December 3, 2007.

                          _____*/s/ Thomas J. Foltz*_____
                                Thomas J. Foltz, Esq.

Monument DC Praecipe re Meet and Confer 120307

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY, LLC, et al., : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 1:07-CV-1821 (EGS) |
| : | Judge Emmett G. Sullivan |
| : | |
| WASHINGTON METROPOLITAN : | |
| AREA TRANSIT AUTHORITY, : | |
| : | |
| Defendant : | |

ORDER

The District of Columbia moved pursuant to Fed. R. Civ. P. 6 (b) (1) to enlarge the time to comply with the subpoena duces tecum served on it by Plaintiff Monument Realty, LLC. Upon consideration of the motion, the supporting memorandum, any opposition and reply received in response thereto, it is hereby

ORDERED that the motion be and the same hereby is GRANTED; and it is further

ORDERED that the time for compliance with the subpoena is ENLARGED from November 30, 2007, through and including February 15, 2008.

ENTERED THIS ___ day of December, 2007

_____
Emmett G. Sullivan United States District Judge

Copies to:  Louis E. Dolan, Jr., Esq.
            Nixon Peabody, LLP
            401 Ninth Street, N.W., Ste. 900
            Washington, D.C. 20004
            Counsel for Monument Realty, LLC

Thomas J. Foltz, Esq.
Office of the Attorney General
441 -4th Street, N.W., 6th Floor South
Washington, D.C. 20001
Counsel for the District of Columbia

Donald A. Laffert, Esq.
WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001

Harvey A. Levin, Esq.
Thompson, Coburn, LLP
1909 "K" Street, N.W., Ste. 600
Washington, D.C. 20006-`1167
Counsel for WMATA