IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:07-cv-01821 (EGS) |
| ) | Judge Emmet G. Sullivan |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT REPORT OF PLAINTIFFS AND NONPARTY THE JOHN AKRIDGE COMPANY PURSUANT TO MINUTE ORDER DATED NOVEMBER 30, 2007

This report is submitted jointly by Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC (collectively, "Monument"), and nonparty The John Akridge Company ("Akridge"), pursuant to the Minute Order issued on November 30, 2007.

Counsel for Monument, Vernon W. Johnson, III, and Counsel for Akridge, Barbara S. Wahl, conferred via telephone and email over the weekend and discussed a resolution of the pending motion to compel against Akridge. The resolution that was discussed would involve a limited production of materials by Akridge. As of the filing of this Joint Report, the parties have not reached an agreement on the issue but are still working on it and counsel are consulting with their respective clients about it. If a resolution can be reached prior to the Status Conference, Monument and Akridge will so advise the Court in a supplemental submission.

If such a resolution cannot be reached, Monument and Akridge are prepared to argue the motion on any date scheduled by the Court following the Status Conference. Monument and Akridge do not believe that further submissions on the motion are needed. Counsel are available for the most part in the

10823815.1

month of December and will bring calendars to the Status Conference for purposes of firming up any further scheduling with respect to the motion to compel against Akridge.

Date: December 3, 2007

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| NIXON PEABODY LLP | ARENT FOX LLP |
| */s/ Louis E. Dolan, Jr.* | */s/ Barbara S. Wahl* |
| Louis E. Dolan, Jr. (#442881)<br>Vernon W. Johnson, III (#423756)<br>401 Ninth Street, N.W.<br>Washington, D.C. 20001<br>202.585.8000<br>202.585.8080 (fax)<br>ldolan@nixonpeabody.com<br>vjohnson@nixonpeabody.com | Barbara S. Wahl (#297978)<br>Joshua Fowkes (#494700)<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036<br>202.857-6000<br>202.857-6395 (fax)<br>wahl.barbara@arentfox.com<br>fowkes.joshua@arentfox.com |
| Counsel for Plaintiffs | Counsel for The John Akridge Company |

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2007, a true and correct copy of the foregoing Joint Report of Plaintiffs and Nonparty The John Akridge Company Pursuant to Minute Order Dated November 30, 2007 was served by ECF upon:

>Harvey A. Levin, Esquire
>Thompson Coburn LLP
>1909 K Street, Suite 600
>Washington, D.C. 20006-1167
>
>Counsel for Defendant
>
>Barbara S. Wahl, Esquire
>Joshua Fowkes, Esquire
>Arent Fox LLP
>1050 Connecticut Avenue, NW
>Washington, DC 20036-5339
>
>Counsel for The John Akridge Company

/s/ *Vernon W. Johnson, III*

_____
Vernon W. Johnson, III

3