IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:07-cv-01821 (EGS) <br> Judge Emmet G. Sullivan |

### INDIVIDUAL PROPOSAL OF PLAINTIFFS WITH RESPECT TO ISSUES WITH THE DISTRICT OF COLUMBIA PURSUANT TO MINUTE ORDER DATED NOVEMBER 30, 2007

This individual proposal is submitted by Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC (collectively, "Monument"), pursuant to the Minute Order issued on November 30, 2007. This proposal concerns the issues between Monument and the District of Columbia.

Counsel for Monument, Louis E. Dolan, Jr., and the Office of Attorney General, Thomas J. Foltz, conferred via telephone and email and discussed the issues pending between Monument and the District, relating to the subpoena duces tecum issued on October 17, 2007 to the Office of Deputy Mayor for Planning and Economic Development (in which the former Anacostia Waterfront Corporation is now contained). The OAG indicated that rather than filing a joint report, it would be filing its own submission on behalf of the District. Monument therefore files its own submission, as well.

The issues involving this subpoena duces tecum have been briefed at length. Monument understands that the District is now planning to ask the Court for a 75 day extension of time in which to comply with the subpoena duces tecum. Monument respectfully submits that this is not reasonable under the circumstances. Instead, Monument suggests that the Court direct the District to produce to

Monument the disc or other file containing the approximately 21,555 non-duplicative e-mails and attachments referenced in the prior filings, and that the production be subject to the "clawback" provisions and other protections briefed by the parties in connection with the District's Motion to Enlarge, Monument's Partial Opposition to the Motion, and the District's Reply. Based on their conversations with Mr. Foltz, counsel for Plaintiffs understand that these materials are currently in the possession of the District of Columbia and can be produced within 24 to 48 hours of a Court Order directing their production.

Completing the production in this manner would allow Plaintiffs and Defendant to brief and argue Plaintiff's motion for preliminary injunction, and for the Court to decide the motion, within the proposed time frame that would hopefully, subject to Court approval, complete that phase of the case in January 2008. Allowing the 75 day extension proposed by the District would place the briefing no earlier than March 2008.

Date: December 3, 2007

Respectfully submitted,

NIXON PEABODY LLP

/s/ *Louis E. Dolan, Jr.*
_____
Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 Ninth Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)

ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2007, a true and correct copy of the foregoing Individual Proposal of Plaintiffs With Respect to Issues With the District of Columbia Pursuant to Minute Order Dated November 30, 2007 was served by ECF upon:

>Harvey A. Levin, Esquire
>Thompson Coburn LLP
>1909 K Street, Suite 600
>Washington, D.C. 20006-1167
>
>Counsel for Defendant
>
>Thomas J. Foltz, Esquire
>Office of the Attorney General
>District of Columbia
>One Judiciary Square
>441 4th Street, N.W., Suite 1060N
>Washington, D.C. 20001
>
>Counsel for Office of Deputy Mayor
>for Planning and Economic Development

/s/ *Vernon W. Johnson, III*
_____
Vernon W. Johnson, II