IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-cv-01821 (EGS)<br>Judge Emmet G. Sullivan |

## INDIVIDUAL PROPOSAL OF PLAINTIFFS
## PURSUANT TO MINUTE ORDER DATED NOVEMBER 30, 2007

This individual proposal is submitted by Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC (collectively, "Monument"), pursuant to the Minute Order issued on November 30, 2007. This proposal concerns the issues between Monument and Defendant Washington Metropolitan Area Transit Authority ("WMATA").

Counsel for Monument, Louis E. Dolan, Jr., and counsel for WMATA, Harvey A. Levin, conferred extensively via telephone and email and discussed the issues pending between Monument and WMATA. WMATA indicated that rather than filing a joint report, it would be filing its own submission seeking to expedite resolution of this matter. Monument therefore files its own submission, as well.

Monument hereby proposes the following schedule for discovery, further briefing, and other matters in this case.

10824299.1

Assuming that the District of Columbia's document production can be completed within the next 48 hours, and the information provided to Plaintiffs so that it can be reviewed, Plaintiffs would be prepared, subject to Court approval, to adhere to the following schedule in this case:

| Event | Current Schedule | Schedule as Modified |
|---|---|---|
| Close of Limited Discovery | November 30, 2007 | December 5, 2007 |
| Plaintiffs to File Motion for Preliminary Injunction | December 3, 2007 12:00 noon | December 19, 2007 12:00 noon |
| Defendant to File Response to Motion for Preliminary Injunction | December 10, 2007 12:00 noon | January 7, 2008 12:00 p.m. |
| Plaintiffs to File Reply to Opposition to Motion for Preliminary Injunction | December 12, 2008 12:00 noon | January 9, 2008 5:00 p.m. |
| Motions and Preliminary Injunction Hearing | December 19, 2007 10:00 a.m. | January 11, 2008 10:00 a.m. |
| Status Hearing | December 4, 2007 9:00 a.m. | December 19, 2007 2:30 p.m. |

This schedule also presumes that the discovery issues between Plaintiffs and The John Akridge Company would be resolved in the near future. (Those issues involve far less information than the discovery matters with the District, Plaintiffs and Akridge are working on a solution, and Plaintiffs do not expect that those matters would delay the proposed schedule set forth above.)

Plaintiffs believe that the foregoing proposed schedule satisfies the criteria established in the Court's Minute Order because it permits a small amount of additional time for resolving outstanding discovery issues between Plaintiffs and the District of Columbia, allows Plaintiffs a modest amount of time to review the substantial document production they believe the District will make once the Court enters its order regarding the District's electronic document production, and also establishes dates that should not interfere with the holiday or religious observances of any counsel or party.

Date: December 3, 2007

Respectfully submitted,

NIXON PEABODY LLP

*/s/ Louis E. Dolan, Jr.*

Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 Ninth Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December, 2007, a true and correct copy of the foregoing Individual Proposal of Plaintiffs Pursuant To Minute Order Dated November 30, 2007 was served by ECF upon:

>Harvey A. Levin, Esquire
>Thompson Coburn LLP
>1909 K Street, Suite 600
>Washington, D.C. 20006-1167
>
>Counsel for Defendant

/s/ *Louis E. Dolan, Jr.*
_____
Louis E. Dolan, Jr.