**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Monument Realty LLC, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Washington Metropolitan Area Transit Authority, )<br>)<br>Defendant. )<br>) | 1:07-CV-01821<br><br>Judge Sullivan |

**THE JOHN AKRIDGE COMPANY'S NOTICE OF APPEARANCE**

Barbara S. Wahl and Joshua A. Fowkes of Arent Fox LLP file this Notice of Appearance as counsel for non-party The John Akridge Company.


Dated:  December 3, 2007

          /s/ *Joshua Fowkes*
Barbara S. Wahl (297978)
Joshua Fowkes (494700)
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
(202) 857-6000
wahl.barbara@arentfox.com
fowkes.joshua@arentfox.com
*Counsel for The John Akridge Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of December 2007, I caused a copy of the foregoing **THE JOHN AKRIDGE COMPANY'S NOTICE OF APPEARANCE** to be served to all parties registered with Electronic Case Filing, including the following:

> Louis Dolan, Jr.
> Nixon Peabody LLP
> 401 9th Street, N.W.
> Suite 900
> Washington, D.C. 20004-2128
>
> Harvey Levin
> Thompson Coburn LLP
> 1909 K Street, NW
> Suite 600
> Washington, D.C. 20006-1167

                                         /s/ *Joshua Fowkes*
                                        Joshua Fowkes