## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____  )
                                             )
**MONUMENT REALTY LLC and**                  )
**MR BALLPARK 7 LLC,**                       )
                                             )
          Plaintiffs,  )
                                             )   **1:07-CV-01821**
  vs.                                )   Judge Emmet Sullivan
                                             )
**WASHINGTON METROPOLITAN AREA**             )
 **TRANSIT AUTHORITY,**                  )
                                             )
          Defendants.  )
_____  )

## **PRAECIPE**

Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC, along with non-party The John Akridge Company, hereby advise that Plaintiffs' Motion to Compel Compliance with Subpoena Duces Tecum Issued to Nonparty The John Akridge Company has been resolved and that Plaintiffs' motion is hereby withdrawn.

|  | Respectfully submitted, |
|---|---|
| NIXON PEABODY, LLP | ARENT FOX LLP |
| /s/ Vernon W. Johnson, III | /s/ Barbara S. Wahl |
| _____ | _____ |
| Louis E. Dolan, Jr. (#442881) | Barbara S. Wahl (#297978) |
| Vernon W. Johnson, III (#423756) | Joshua Fowkes (#494700) |
| 401 9th Street, N.W. | 1050 Connecticut Avenue, N.W. |
| Washington, D.C. 20001 | Washington, D.C. 20036 |
| 202.585.8000 | 202-857-6000 |
| 202.585.8080 (fax) | 202-857-6395 (fax) |
| ldolan@nixonpeabody.com | wahl.barbara@arentfox.com |
| vjohnson@nixonpeabody.com | fowkes.joshua@arentfox.com |
| Counsel for Plaintiffs | Counsel for The John Akridge Company |