IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01821 (EGS) |
| ) | Judge Emmet G. Sullivan |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

Pursuant to LCvR 7(e), Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC respectfully request leave to exceed the 45 page limit for its memorandum of law in support of its motion for preliminary injunction, which is due to be filed by noon on Wednesday, January 2, 2007.

For support therefor, Plaintiffs respectfully state that this is a very complex matter with a fact pattern encompassing several years of discussions and correspondence, and claims that are of significant importance to the parties. Plaintiffs have made a multimillion dollar investment in and related to the real property interests that this case, in part, seeks to protect. In addition, this case involves a sealed bid process carried out by the Defendant through two separate solicitations over a four month period, which itself has a fact pattern that requires exposition through a substantial number and amount of correspondence and other evidence. The parties and several nonparties have engaged in significant discovery over a period of several months, in an effort to identify and focus their claims in this case.

Plaintiffs' preliminary injunction filing represents a critical point in the case, and one where Plaintiffs wish to provide the Court with the complete factual picture of this matter and a complete legal briefing on their entitlement to preliminary injunctive relief. Although Plaintiffs are conscious of the need to keep their submissions as efficient as possible, Plaintiffs respectfully submit that they cannot provide the Court with an explication of the facts, the evidence, and their legal arguments within the 45 page limit imposed by LCvR 7(e).

Plaintiffs believe that if they are granted leave to file a memorandum of points and authorities of up to 60 pages (or 15 pages above the maximum), this will be sufficient for the briefing at this point. Plaintiffs consulted with Defendant's counsel, in accordance with LCvR 7(m), prior to filing this motion. Defendant indicated that although it does not agree to a 60 page limit for the memorandum of points and authorities, Defendant does not oppose this motion as long as 60 pages is the maximum and Defendant is permitted the same page limit for its opposition to Plaintiffs' motion for preliminary injunction. Plaintiffs further agree that the Defendant should be given leave to exceed the limitations by a similar amount.

WHEREFORE, Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC respectfully request leave to exceed the 45 page limit prescribed by the Local Rules, and to file a supporting memorandum of points and authorities of up to 60 pages. Plaintiffs would plan to file and serve these materials by noon on Wednesday, January 2, 2008, with two courtesy copies to chambers along with copies of the authorities cited in the papers.

Dated: December 31, 2007

Respectfully submitted,

NIXON PEABODY, LLP

*/s/ Vernon W. Johnson, III*
_____
Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 9th Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

Counsel for Plaintiffs

## CERTIFICATION PURSUANT TO LCvR 7(m)

Undersigned counsel for Plaintiffs hereby certifies, pursuant to LCvR 7(m), that a good faith effort was made to discuss the subject of this motion, and the relief requested herein, with counsel for Defendant. Defendant indicated that, on the terms set forth above, it would not oppose the relief sought on this motion.

Dated:  December 31, 2007

Respectfully submitted,

NIXON PEABODY, LLP

*/s/ Vernon W. Johnson, III*
_____
Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 9th Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)

ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

Counsel for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 31st day of December, 2007, I caused a copy of the foregoing motion was served via ECF upon:

      Harvey A. Levin, Esquire
      Thompson Coburn LLP
      1909 K Street, Suite 600
      Washington, D.C. 20006-1167

      Counsel for Defendant

                            _____*/s/ Vernon W. Johnson, III*___
                            Vernon W. Johnson, III

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MONUMENT REALTY LLC, et al.,  )<br> )<br>Plaintiffs,  )<br> )<br>v.   )<br> )<br> )<br> )<br>WASHINGTON METROPOLITAN  )<br>AREA TRANSIT AUTHORITY,   )<br> )<br>Defendant.  )<br>_____ ) | Civil Action No. 1:07-cv-01821 (EGS)<br>Judge Emmet G. Sullivan |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**PLAINTIFFS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

In making this motion, Plaintiffs respectfully rely upon the provisions of LCvR 7(e) and the arguments and points stated in the motion.

Dated: December 31, 2007

Respectfully submitted,

NIXON PEABODY, LLP

*/s/ **Vernon W. Johnson, III***

_____
Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 9th Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:07-cv-01821 (EGS) <br> Judge Emmet G. Sullivan |

**<u>ORDER GRANTING PLAINTIFFS' MOTION<br>FOR LEAVE TO EXCEED PAGE LIMIT</u>**

Upon consideration of the Plaintiffs' Motion For Leave to Exceed Page Limit, the memorandum of points and authorities in support of the motion, any opposition to the motion, and the entire record herein, it is, this ___ day of _____, 2007, hereby

ORDERED, that the motion be, and it hereby is, granted; and it is further

ORDERED, that Plaintiffs be, and they hereby are, granted leave to file a memorandum of points and authorities in support of their motion for preliminary injunction in excess of the page limit imposed by LCvR 7(e); and it is further

ORDERED, that Plaintiffs be permitted leave to file a memorandum of points and authorities in support of their motion for preliminary injunction of up to 60 pages; and it is further

ORDERED, that Defendant be, and hereby is, permitted leave to file a memorandum of points and authorities of up to 60 pages in opposition to Plaintiffs' motion for preliminary injunction.

2

                                                         Emmet G. Sullivan
                                         United States District Judge

COPIES TO:

Louis E. Dolan, Jr.
Vernon W. Johnson, III
Nixon Peabody LLP
401 9th Street, N.W.
Washington, D.C. 20001

Harvey A. Levin
Thompson Coburn LLP
1909 K Street, Suite 600
Washington, D.C. 20006-1167

10849965.1                        2