IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al.,   )<br>  )<br>Plaintiffs,   )<br>  )<br>v.   )<br>  )<br>  )<br>  )<br>WASHINGTON METROPOLITAN   )<br>AREA TRANSIT AUTHORITY,   )<br>  )<br>Defendant.   )<br>  ) | Civil Action No. 1:07-cv-01821 (EGS)<br>Judge Emmet G. Sullivan |

### NOTICE REGARDING BULKY EXHIBIT ATTACHMENT

Exhibits A-C and 1-91 which are attachments to Plaintiffs' Motion for a Preliminary Injunction, is in paper form only and is being maintained in the Clerk's Office only. These documents will be available for public viewing and copying during the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

Dated: January 2, 2008

Respectfully submitted,

NIXON PEABODY, LLP

_____/s/ Louis E. Dolan, Jr.____
Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 9th Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

Counsel for Plaintiff