IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, *et al.*, <br><br> *Plaintiffs* <br><br> v. <br><br> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, <br><br> *Defendant* | Civil Action No. 1:07-CV-01821 (EGS) |

**NOTICE OF FILING BULK EXHIBITS TO
OPPOSITION OF WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that Defendant Washington Metropolitan Area Transit Authority has filed bulk Exhibits to the Opposition of Washington Metropolitan Area Transit Authority to Plaintiffs' Motion for Preliminary Injunction in hard copy format with the Clerk of the United States District Court for the District of Columbia and that such Exhibits are available for review and copying at the Clerk's office during normal business hours.

Respectfully submitted,

/s/ Bruce P. Heppen
Carol B. O'Keeffe
General Counsel
Donald A. Laffert
Bruce P. Heppen
Associate General Counsel
Washington Metropolitan Area
Transit Authority
600 Fifth Street, N.W.
Washington, DC 20001
T: (202) 962-1499
F: (202) 962-2550
email: dlaffert@wmata.com
email: bheppen@wmata.com

/s/ Harvey A. Levin
Harvey A. Levin (D.C. Bar No. 203869)
THOMPSON COBURN LLP
1909 K Street, N.W. Ste. 600
Washington, D.C. 20006-1167
T: (202) 585-6942 (direct)
F: (202) 508-1013 (direct)
email: hlevin@thompsoncoburn.com

Counsel for Washington Metropolitan Area
Transit Authority

4655109.1