**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

———————————————————— )
MONUMENT REALTY LLC, *et al.*,    )
                      )
         Plaintiffs,    )
                      )   Civil Action No. 07-1821 (EGS)
        v.         )
                      )
WASHINGTON METROPOLITAN AREA    )
TRANSIT AUTHORITY,    )
                      )
                      )
         Defendant.    )
———————————————————— )

<u>**ORDER**</u>

For the reasons stated in the accompanying Memorandum Opinion issued on February 27, 2008, it is by the Court hereby

**ORDERED** that defendant's motion to dismiss the complaint is **GRANTED** in part and **DENIED** in part; and it is

**FURTHER ORDERED** that Counts 6, 7, 8, and 10 of Plaintiffs' Amended Complaint are **DISMISSED with prejudice.**

      **SO ORDERED.**

**Signed:**    **Emmet G. Sullivan
            United States District Judge
            February 27, 2008**