**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                )
MONUMENT REALTY LLC, *et al.*,   )
                                )
              Plaintiffs,        )
                                )  Civil Action No. 07-1821 (EGS)
        v.                       )
                                )
WASHINGTON METROPOLITAN AREA     )
TRANSIT AUTHORITY,               )
                                )
                                )
              Defendant.         )
_____)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion issued on February 28, 2008, it is by the Court hereby

**ORDERED** that plaintiffs' motion for a preliminary injunction is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant Washington Metropolitan Transit Authority be, and it hereby is, prohibited from any further action to dispose of the real property and improvements located in the District of Columbia, designated as Lots 857 and 866, Square 700, and also known as the WMATA Southeast Bus Garage, to pursue any bidding process concerning the Property, to solicit bids for the Property, to contract to convey the Property, and/or to convey legal title to the Property; and it is

**FURTHER ORDERED**, that this Preliminary Injunction will take effect immediately and will remain in effect until further Order of this Court; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED** as moot; and it is

**FURTHER ORDERED** that the parties shall file joint recommendations for further proceedings in this case, or, if unable to agree on joint recommendations, their individual recommendations, by no later than **March 5, 2008 at 12:00 noon;** and it is

**FURTHER ORDERED** that a status conference to discuss further proceedings in this case is scheduled for **March 7, 2008 at 11:00 a.m.** in Courtroom 24A.

**SO ORDERED.**


Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **February 28, 2008**