IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., )<br>   )<br>   Plaintiffs, )<br>   )<br>v. )<br>   )<br>   )<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>   )<br>   Defendant. )<br>_____) | Civil Action No. 1:07-cv-01821 (EGS)<br>Judge Emmet G. Sullivan |

## PARTIES' JOINT SUBMISSION WITH RESPECT TO MINUTE ORDER DATED MARCH 14, 2008 REGARDING POSTING OF BOND

This report is submitted jointly by Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC (collectively, "Monument"), and Defendant Washington Metropolitan Area Transit Authority ("WMATA"). Pursuant to the Court's Minute Order dated March 14, 2008, the parties jointly request that the Court stay the requirement for either party to file a submission with respect to the posting of a bond in this matter based on the following report.

The parties are in continuing discussions regarding potential resolution of the litigation through mediation involving the parties to this lawsuit and the John Akridge Company and the District of Columbia. The parties are in the process of selecting an acceptable third party neutral to mediate the issues surrounding this litigation and scheduling the mediation.

As a result of the foregoing, the parties have agreed that WMATA will not request that a bond be posted by Monument in connection with the preliminary injunction order dated February 28, 2008 at this time. If the mediated settlement discussions fail, or if at a later date WMATA believes that a bond

10944857.1

should be required, WMATA will request that the Court order such a bond to be posted and Monument will have an opportunity to file a submission with the Court addressing the issue at that time.

Date: March 17, 2008

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| NIXON PEABODY LLP | THOMPSON COBURN LLP |
| */s/ Louis E. Dolan, Jr.* | */s/ Harvey A. Levin* |
| Louis E. Dolan, Jr. (#442881)<br>Vernon W. Johnson, III (#423756)<br>401 Ninth Street, N.W.<br>Washington, D.C. 20001<br>202.585.8000<br>202.585.8080 (fax)<br>ldolan@nixonpeabody.com<br>vjohnson@nixonpeabody.com | Harvey A. Levin (#203869)<br>Suite 600<br>1909 K Street, N.W.<br>Washington, D.C. 20006-1167<br>202.585.6942<br>202.508-1013 (fax)<br>hlevin@thompsoncoburn.com |
| Counsel for Plaintiffs | Counsel for Defendant |