IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MONUMENT REALTY LLC and MR BALLPARK 7 LLC,**<br><br>**Plaintiffs,**<br><br>vs.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>**Defendant.** | 1:07-CV-01821<br>Judge Emmet Sullivan |

**JOHN AKRIDGE DEVELOPMENT COMPANY'S MOTION FOR EXPEDITED BRIEFING SCHEDULE AS TO MOTION TO INTERVENE**

Proposed Intervenor John Akridge Development Company ("Akridge") respectfully moves for an Order setting forth an expedited briefing schedule as to its Motion to Intervene in this case. For all of the reasons set forth in its Memorandum of Points and Authorities in Support of this Motion, Akridge is entitled to an expedited briefing schedule as to its Motion to Intervene.

Dated: March 18, 2008

Respectfully submitted,

___/s/ Barbara S. Wahl_____
Barbara S. Wahl (297978)
Joshua Fowkes (494700)
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Fax: (202) 857-6395

*Attorneys for John Akridge Development Company*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MONUMENT REALTY LLC and MR BALLPARK 7 LLC,** ) ) ) ) **Plaintiffs,** ) ) vs. ) ) **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** ) ) ) ) **Defendant.** ) ) | **1:07-CV-01821** **Judge Emmet Sullivan** |

**MEMORNAUDM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOHN AKRIDGE DEVELOPMENT COMPANY'S MOTION FOR EXPEDITED
BRIEFING SCHEDULE AS TO MOTION TO INTERVENE**

Proposed Intervenor John Akridge Development Company ("Akridge") submits this Memorandum in support of its motion for the issuance of an Order setting forth an expedited briefing schedule regarding Akridge's Motion to Intervene in this case. Akridge requests that this Court issue an order that (1) Plaintiffs be required to file an opposition to the Motion to Intervene by 6:00 p.m. on Thursday, March 20, 2008; [1] and (2) Akridge reply to Plaintiffs' opposition by 6:00 p.m. on Friday, March 21, 2008.

This expedited briefing schedule is necessary because of the schedule proposed by the parties in their Joint Recommendations for Further Proceedings submitted on March 7, 2008 (the "Joint Recommendation"). In the Joint Recommendation, the parties have proposed a deadline

---

[1] Defendant Washington Metropolitan Area Transit Authority ("WMATA") consented to Akridge's Motion, but Plaintiffs did not.

for meeting and conferring with respect to stipulating to material facts by Friday, March 28, 2008, and a deadline for propounding written discovery requests by Friday, April 4, 2008.  Those deadlines are particularly critical because, pursuant to the Joint Recommendation, the parties appear to be contemplating a course of litigation whereby they will not undertake much—if any—additional discovery, and may even eschew any additional discovery before proceeding to filing summary judgment motions.  Should Akridge be permitted to intervene in the case, and it contends that it is entitled to do so as of right and permissively under Rule 24(a) and (b) of the Federal Rules of Civil Procedure, Akridge should participate in the parties' discussions about additional discovery and the management of the case going forward.

A Proposed Order is attached.

Dated: March 18, 2008

Respectfully submitted,

___/s/ Barbara S. Wahl_____
Barbara S. Wahl (297978)
Joshua Fowkes (494700)
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036-5339
Telephone:  (202) 857-6000
Fax:  (202) 857-6395

*Attorneys for John Akridge Development Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2008, I caused a copy of the foregoing **MEMORNAUDM OF POINTS AND AUTHORITIES IN SUPPORT OF JOHN AKRIDGE DEVELOPMENT COMPANY'S MOTION FOR EXPEDITED BRIEFING SCHEDULE AS TO MOTION TO INTERVENE** to be served by electronic mail and facsimile on the following:

>Louis Dolan, Jr.
>Vernon Johnson III
>Nixon Peabody LLP
>401 9th Street, N.W.
>Suite 900
>Washington, D.C. 20004-2128
>
>Harvey Levin
>Thompson Coburn LLP
>1909 K Street, NW
>Suite 600
>Washington, D.C. 20006-1167

       /s/ *Joshua Fowkes*
      Joshua Fowkes

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC and <br> MR BALLPARK 7 LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> WASHINGTON METROPOLITAN AREA <br> TRANSIT AUTHORITY, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) 1:07-CV-01821 <br> ) Judge Emmet Sullivan <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER GRANTING JOHN AKRIDGE DEVELOPMENT COMPANY'S MOTION FOR EXPEDITED BRIEFING SCHEDULE AS TO MOTION TO INTERVENE

Upon consideration of John Akridge Development Company's Motion for Expedited Briefing Schedule as to Motion to Intervene, and the entire record, it is this _____ day of _____ 2008, hereby

ORDERED that the motion is granted; and it is further

ORDERED that Plaintiffs' opposition, if any, to the motion to intervene filed by John Akridge Development Company must be filed and served by 6:00 p.m. on March 20, 2008; and it is further

ORDERED that the reply of John Akridge Development Company, if any, must be filed and served by 6:00 p.m. on March 21, 2008.

_____
Hon. Emmet G. Sullivan
United States District Judge

COPIES TO:
Louis E. Dolan, Jr.
Vernon W. Johnson, III
Nixon Peabody LLP
401 9th Street NW
Washington, D.C. 20001

Harvey A. Levin
Thompson Coburn LLP
1909 K Street, NW
Suite 600
Washington, D.C. 20006-1167

Barbara S. Wahl
Joshua A. Fowkes
Arent Fox LLP
1050 Connecticut Avenue, NW
Washington, D.C. 20036