IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC and <br> MR BALLPARK 7 LLC, <br>                       Plaintiffs, <br>          vs. <br> WASHINGTON METROPOLITAN AREA <br>  TRANSIT AUTHORITY, <br>                       Defendant. | 1:07-CV-01821 <br> Judge Emmet Sullivan |

**JOHN AKRIDGE DEVELOPMENT COMPANY'S**
**CERTIFICATE REQUIRED BY LOCAL RULE 7.1**

I, the undersigned, counsel of record for John Akridge Development Company, ("Akridge"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Akridge that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: March 18, 2008

Respectfully submitted,

___/s/ Barbara S. Wahl___
Barbara S. Wahl (297978)
Joshua Fowkes (494700)
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000
Fax: (202) 857-6395
Wahl.barbara@arentfox.com

*Attorneys for John Akridge Development Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2008, I caused a copy of the foregoing **JOHN AKRIDGE DEVELOPMENT COMPANY'S CERTIFICATE REQUIRED BY LOCAL RULE 7.1** to be served to all parties registered with Electronic Case Filing, including the following:

>Louis Dolan, Jr.
>Vernon Johnson, III
>Nixon Peabody LLP
>401 9th Street, N.W.
>Suite 900
>Washington, D.C. 20004-2128
>
>Harvey Levin
>Thompson Coburn LLP
>1909 K Street, NW
>Suite 600
>Washington, D.C. 20006-1167

                                           /s/ *Joshua Fowkes*
                                           Joshua Fowkes