IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-cv-01821 (EGS)<br>Judge Emmet G. Sullivan |

**STIPULATION FOR CONSENT ORDER**

This Stipulation for Consent Order is submitted jointly by Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC (collectively, "Monument"), Defendant Washington Metropolitan Area Transit Authority ("WMATA"), and Proposed Intervenor the John Akridge Development Company ("Akridge"). Monument, WMATA, and Akridge have all reviewed and agreed upon a specific form of "WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY LEASE AGREEMENT FOR USE AND OCCUPANCY" which WMATA intends to enter into, as Landlord, subject to approval of WMATA's Board of Directors at its meeting on March 27, 2008, with Washington Nationals Stadium, LLC, as Tenant. By one or more documents using the same Lease form, WMATA intends to grant a leasehold interest in the real property at issue in this case and known as the "Bus Garage Property," Lots 857 and 866, Square 700, Washington, D.C. The Lease form refers specifically to this litigation and states that the leasehold interest granted by WMATA will be subject and subordinate to all rights and claims at issue in this litigation, including all prior and future Orders of this Court and it is the intention of the parties and Proposed Intervenor in agreeing to the terms of the Lease and in entering into this Stipulation for Consent Order that the Lease shall be subject and subordinate to all rights, claims, and

10958319.1

orders of the Court in this litigation. On that basis, the parties have agreed that the grant of this leasehold interest by WMATA is not a violation of this Court's Preliminary Injunction Order entered February 28, 2008. Recognizing that the Court has expressed the view that the grant of the leasehold interest is a conveyance of an interest in real property, the parties stipulate to their agreement in this regard and to entry of a Consent Order by this Court, confirming the aforestated understandings.

Date: March 27, 2008

Respectfully submitted,

NIXON PEABODY LLP

/s/ *Vernon W. Johnson, III*

Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 Ninth Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

Counsel for Plaintiffs

Respectfully submitted,

THOMPSON COBURN LLP

/s/ *Harvey A. Levin*

Harvey A. Levin (#203869)
Suite 600
1909 K Street, N.W.
Washington, D.C. 20006-1167
202.585.6942
202.508-1013 (fax)
hlevin@thompsoncoburn.com

Counsel for Defendant

Respectfully submitted,

ARENT FOX LLP

/s/ *Joshua Fowkes*

Barbara S. Wahl (#297978)
Joshua Fowkes (#494700)
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
202.857-6000
202.857-6395 (fax)
wahl.barbara@arentfox.com
fowkes.joshua@arentfox.com

Counsel for the John Akridge Development Company
Proposed Intervenor

2