# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MONUMENT REALTY LLC, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 1:07-cv-01821 (EGS)<br>Judge Emmet G. Sullivan |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties who have appeared in this action hereby stipulate that the claims set forth in the First Amended Complaint, together with any claims or counterclaims that were or could have been filed arising out of the subject matter of this suit have been settled. All such claims and this action are, therefore, hereby dismissed with prejudice. Each of the undersigned parties shall bear their own attorneys' fees and costs.

Dated: August 27, 2008

Respectfully submitted,

NIXON PEABODY, LLP

 /s/ Louis E. Dolan, Jr.
Louis E. Dolan, Jr. (#442881)
Vernon W. Johnson, III (#423756)
401 9th Street, N.W.
Washington, D.C. 20001
202.585.8000
202.585.8080 (fax)
ldolan@nixonpeabody.com
vjohnson@nixonpeabody.com

*Counsel for Plaintiffs Monument Realty LLC and MR Ballpark 7 LLC*

      /s/ Harvey A. Levin
Harvey A. Levin (#203869)
THOMPSON COBURN LLP
1909 K Street, N.W. Ste. 600
Washington, D.C. 20006-1167
202.585.6942
202.508.1013 (fax)
email: hlevin@thompsoncoburn.com

*Counsel for Defendant Washington Metropolitan Area Transit Authority*


      /s/ Barbara S. Wahl
Barbara S. Wahl (#297978)
Joshua Fowkes (#494700)
Arent Fox LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
202.857.6000
202.857.6395 (fax)
Wahl.barbara@arentfox.com
Fowkes.joshua@arentfox.com

*Attorneys for Proposed Intervenor John Akridge Development Company*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August, 2008, a true and correct copy of the foregoing was served by ECF upon:

> Harvey A. Levin
> THOMPSON COBURN LLP
> 1909 K Street, N.W. Ste. 600
> Washington, D.C.  20006-1167
>
> *Counsel for Defendant Washington Metropolitan Area Transit Authority*
>
> Barbara S. Wahl
> Joshua Fowkes
> Arent Fox LLP
> 1050 Connecticut Avenue, N.W.
> Washington, D.C.  20036-5339
>
> *Attorneys for Proposed Intervenor John Akridge Development Company*

                                         /s/ Louis E. Dolan, Jr.
                                        Louis E. Dolan, Jr.